Plaintiff info:
name: Brian Hannah     TDOC #387148

Place of confinement
Lawrce Co. Jail    Pod #B 101
address  240 west gains
L'burg TN 38464

RECEIVED
IN CLERK'S OFFICE
OCT 18 2013
U.S. DISTRICT COURT
MID. DIST. TENN.

Defendant info
name Lowrence Co jail.   position Jail Adminastration

Address: 240 west gains
L'Burg TN 38464

Capacity: official capacity

number of defendants Entire Adminastration

Previous Lawsuits: none

I have been incarsorated in Lawrence Co. jail since Aug. 28TH. I have not been getting any good time since then. Therefore I feel that ~~it have been~~ I have been dischrimanated against. My Liberty intrests have been denied to me.

I would like to be compensated for my denied Liberty intrests. It has caused me to be denied Quality time that I could have been with my family

Executed (Signed) on 10/15/13

Brian Hinnel
Signature of Plaintiff